

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

| | | |
|---|---|---|
| **MICHAEL JOHNSON** | : | |
| individually, and on behalf of others similarly | : | |
| situated, | : | **Case No. 1:18-cv-138** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Judge Susan J. Dlott** |
| | : | |
| **CINCINNATI BELL, INC.** | : | |
| | : | |
| **CINCINNATI BELL TELEPHONE** | : | |
| **COMPANY, LLC** | : | |
| | : | |
| **Defendant.** | : | |

---

## ORDER

---

**AND NOW**, this 18th day of June, 2019, upon consideration of the parties

"Joint Motion to Approve Settlement" ("Motion") (doc. 38) and all other papers and

proceedings herein, it is hereby **ORDERED** that the Motion is **GRANTED** and the

settlement of this action is **APPROVED** because it represents a fair and reasonable

settlement of a *bona fide* dispute under the Fair Labor Standards Act, 29 U.S.C. §§ 201, *et*

*seq*. This action is **DISMISSED WITH PREJUDICE**.  However, the Court will retain

jurisdiction over any disputes pertaining to the enforcement of the settlement.

IT IS SO ORDERED

_Stephanie K Bowman_
STEPHANIE K. BOWMAN
UNITED STATES MAGISTRATE JUDGE