✎AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF OHIO

MICHAEL JOHNSON, individually, and on behalf of others similarly situated,

    Plaintiff,

V.

CINCINNATI BELL, INC., et al.

    Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 1:18-cv-00138

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

...it is hereby ORDERED that the Joint Motion to Approve Settlement (doc. 38) is GRANTED and the settlement of this action is APPROVED because it represents a fair and reasonable settlement of a bona fide dispute under the Fair Labor Standards Act, 29 U.S.C. §§ 201, et seq. This action is DISMISSED WITH PREJUDICE. However, the Court will retain jurisdiction over any disputes pertaining to the enforcement of the settlement.

6/18/2019  
Date

RICHARD W. NAGEL, CLERK  
Clerk

_[signature]_  
(By) Deputy Clerk